A. Peter Rausch, Jr. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California 95242
Telephone:     (209) 952-5000
Facsimile:      (209) 339-8505
E-Mail:         counsel@rausch.com

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF NICHOLAS A. PIMENTEL,
A.D.P., ESTATE OF DIANE L. PIMENTEL,
MARIA PILAR RIVERA, SUMMER
PIMENTEL, MATTHEW PIMENTEL,
TRAVIS PIMENTEL, and DEREK PIMENTEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, et al.,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF A.D.P.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN <u>AD LITEM</u>** |

## INTRODUCTION

Plaintiff A.D.P., a minor, requests the Court's appointment of Summer Pimentel, his aunt, as his guardian <u>ad</u> <u>litem</u> for the purposes of this action.

## STATEMENT OF RELEVANT FACTS

Plaintiff A.D.P. is a Plaintiff in the above-captioned action. (ECF No. 1.)

Plaintiff A.D.P. is a minor. (Declaration of Summer Pimentel ("Pimentel Decl."), at ¶2.)

1

Summer Pimentel is Plaintiff A.D.P.'s aunt. (Pimentel Decl., at ¶1.)

Summer Pimentel is aware of no conflicts that would prevent the Court from appointing her as Plaintiff A.D.P.'s guardian ad litem for the purposes of this action. (Pimentel Decl., at ¶4.)

Summer Pimentel consents to her appointment as Plaintiff A.D.P.'s guardian ad litem in this matter. (Pimentel Decl., at ¶5.)

## **REQUEST FOR APPOINTNMENT OF GUARDIAN AD LITEM**

"A minor … who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor … who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2); *see also* E.D. Cal. L.R. 202(a) ("Upon commencement of an action … by or on behalf of a minor …, the attorney representing the minor … shall present … a motion for the appointment of a guardian ad litem by the Court[.]").

An individual's capacity to sue is determined by the law of the individual's domicile. Fed. R. Civ. P. 17(b). Under California law, an individual under the age of 18 is a minor. Cal. Fam. Code § 6502. A minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code § 6601. A court may appoint a guardian ad litem to represent a minor's interests in the litigation. Cal. Code Civ. Proc. § 372(a). In making the determination concerning the appointment of a particular guardian ad litem, a court shall consider whether the minor and the guardian have divergent interests. Cal. Code Civ. Proc. § 372(b)(1).

"A court has broad discretion in ruling on a guardian ad litem application." *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47 (Cal. Ct. App. 2007). When there is no conflict of interest, the guardian ad litem appointment is usually made on *ex parte* application and involves minimal exercise of discretion by the trial court. *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149 (Cal. Ct. App. 1994). Generally, a parent is recognized as an appropriate guardian ad litem on behalf of a minor child. *See*, *e.g.*, *Basque v. County of Placer*, 2017 U.S. Dist. LEXIS 117290, at *1-3 (E.D. Cal. July 26, 2017); *Hugunin v. Rocklin Unified Sch. Dist.*, 2015 U.S. Dist. LEXIS 103410, at *4-5 (E.D. Cal. Aug. 6, 2015); *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000) ("[W]hen a parent brings an action on behalf of a child, and it is evident that the interests of each are the same, no need exists for someone other than the parent to represent the child's interests under [Fed. R. Civ. P.] 17(c).").

2

**PLAINTIFF A.D.P.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**
*Estate of Pimentel v. City of Ceres*, United States District Court, Eastern District of California, Case No. _____

## CONCLUSION

Therefore, Plaintiff A.D.P. respectfully requests that the Court appoint Summer Pimentel as his guardian ad litem for the purposes of this action.

Dated: September 5, 2018

Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336

A. Peter Rausch, Jr.
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California 95242
Telephone:     (209) 952-5000
Facsimile:     (209) 339-8505

Attorneys for Plaintiffs
ESTATE OF NICHOLAS A. PIMENTEL, A.D.P., ESTATE OF DIANE L. PIMENTEL, MARIA PILAR RIVERA, SUMMER PIMENTEL, MATTHEW PIMENTEL, TRAVIS PIMENTEL, and DEREK PIMENTEL

3

**PLAINTIFF A.D.P.'S** *EX PARTE* **MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**
*Estate of Pimentel v. City of Ceres*, United States District Court, Eastern District of California, Case No. _____