UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, A.D.P., ESTATE OF DIANE L. PIMENTEL, MARIA PILAR RIVERA, SUMMER PIMENTEL, MATTHEW PIMENTEL, TRAVIS PIMENTEL and DEREK PIMENTEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH, DARREN VENN, ROSS BAYS, and DOES 1 to 50,<br><br>Defendants. | No.   1:18-cv-01203-DAD-EPG<br><br>Hon. Dale A. Drozd<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;**<br><br>Date      : March 21, 2019<br>Time      : 8:30 a.m.<br>Courtroom : 4 - 7th Floor |

After consideration of the moving, opposing, and reply papers, any arguments of counsel, and with GOOD CAUSE SHOWING,

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

IT IS HEREBY ORDERED THAT:

1. Defendants' motion for judgment on the pleadings is GRANTED in its entirety;

2. Defendant Ceres Police Department is dismissed from this litigation with prejudice;

3. Defendant Chief Brent Smith is dismissed from this litigation with prejudice;

4. Plaintiffs Summer Pimentel, Matthew Pimentel, Travis Pimentel and Derek Pimentel's claims for loss of familial relationship, set forth in Plaintiffs' Fifth cause of action, are dismissed with prejudice;

5. Plaintiff Estate of Diane Pimentel's claims for loss of familial relationship, set forth in Plaintiffs' Fourth and Fifth causes of action, are dismissed with prejudice;

6. Plaintiffs' Fifth cause of action is dismissed, with prejudice, as duplicative;

7. Plaintiffs' Sixth, Seventh and Eighth causes of action, alleged under Article I, Section 13 of the California Constitution, are dismissed with prejudice;

8. Plaintiffs A.D.P., Summer Pimentel, Matthew Pimentel, Travis Pimentel, Derek Pimentel and Estate of Diane L. Pimentel's claims

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

under the Bane Act, set forth in Plaintiffs' Ninth cause of action, are dismissed with prejudice;

9. Plaintiffs Summer Pimentel, Matthew Pimentel, Travis Pimentel and Derek Pimentel are dismissed from this litigation with prejudice;

10. Plaintiff Estate of Diane Pimentel is dismissed from this litigation with prejudice;

11. Plaintiff Estate of Nicholas A. Pimentel's claim for trespass, set forth in Plaintiffs' Twelfth cause of action, is dismissed with prejudice;

12. Plaintiff Maria Pilar Rivera's claim for wrongful death, set forth in Plaintiffs' Fifteenth cause of action, is dismissed with prejudice;

13. Plaintiffs' *Monell* claims are dismissed, including Plaintiffs' claims of supervisory liability;

14. The superfluous allegations set forth at paragraphs 97 through 117 are stricken.

IT IS SO ORDERED.

DATED: _____, 2019          _____
                                       Honorable Dale A. Drozd
                                       United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS