UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CERES, et al., <br><br> Defendants. | No. 1:18-cv-01203-DAD-EPG <br><br> ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE <br><br> (Doc. No. 25) |

Pursuant to the stipulation of the parties (Doc. No. 25), and good cause appearing, this matter is referred to United States Magistrate Judge Kendall J. Newman for the purpose of a settlement conference to be conducted on October 15, 2019, at 9:00 a.m., in Courtroom 25 (8th Floor), United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814.

IT IS SO ORDERED.

Dated: **July 2, 2019**

UNITED STATES DISTRICT JUDGE

1