1  **LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
   BRUCE D. PRAET SBN 119430
2  bpraet@aol.com
   ALLEN CHRISTIANSEN SBN 263651
3  achristiansen@law4cops.com
   1631 E. 18th Street
4  Santa Ana, California 92705
   (714) 953-5300 • Fax (714) 953-1143
5

6  Attorneys for Defendants
   CITY OF CERES, CERES POLICE DEPARTMENT,
7  BRENT SMITH, DARREN VENN and ROSS BAYS

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, A.D.P., ESTATE OF DIANE L. PIMENTEL, MARIA PILAR RIVERA, SUMMER PIMENTEL, MATTHEW PIMENTEL, TRAVIS PIMENTEL and DEREK PIMENTEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH, DARREN VENN, ROSS BAYS, and DOES 1 to 50,<br><br>Defendants. | No. 1:18-cv-01203-DAD-EPG<br><br>Hon. Dale A. Drozd<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER;**<br><br>[FRCP Rule 12(b)]<br><br>Date     : September 17, 2019<br>Time     : 9:30 a.m.<br>Courtroom : 5 - 7th Floor |

**TO PLAINTIFF AND TO HIS ATTORNEY(S) OF RECORD**:

PLEASE TAKE NOTICE that on September 17, 2019, at 9:30 a.m., in Courtroom 5 before Judge Dale A. Drozd of the United States District Court, located at 2500 Tulare Street, Fresno, California, Defendants City of Ceres, Ceres Police Department, Brent Smith, Darren Venn and Ross Bays will, and hereby do, move this Court for an order dismissing Plaintiffs' complaint, pursuant to *Federal Rules of Civil Procedure* 12(b)(6), for the following reasons:

1

1. Plaintiffs Maria Pilar Rivera and Derek Pimentel have failed to allege a claim upon which relief may be granted as to Plaintiffs' Fifth cause of action for right of intimate association and Maria Pilar Rivera and Derek Pimentel lack standing to bring such a claim. This Court previously granted judgment "on the fifth cause of action for violation of the right to association, companionship, and society as to plaintiffs Maria Pilar Rivera ... and Derek Pimentel with leave to amend" (Dkt. No. 24 at 22), however, there are still no factual allegations alleged in the First Amended Complaint ("FAC") to support such a claim.

2. Plaintiffs have failed to allege any claim upon which relief may be granted against Defendant Brent Smith. This Court previously granted judgment "with respect to all causes of action against defendant Smith with leave to amend" (Dkt. No. 24 at 22), however, there are still no factual allegations alleged in the FAC to support any claim against Brent Smith.

This motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the complete files and records of this action, and upon such oral and documentary evidence as may be presented at the hearing on this motion.

DATED: August 13, 2019        FERGUSON, PRAET & SHERMAN, APC

/s/ Allen Christiansen
Allen Christiansen, SBN 263651
Attorneys for Defendant City of Ceres, Ceres Police Department, Brent Smith, Darren Venn and Ross Bays

///

## MEET AND CONFER COMPLIANCE

On August 5, 2019, Defense counsel sent a request to meet and confer via email to Plaintiffs' counsel in an attempt to confer regarding Defendants' intent to move to dismiss the aforementioned claims which were previously dismissed by way of Defendants' motion for judgment on the pleadings.  There was no response to the meet and confer request.

DATED: August 13, 2019            FERGUSON, PRAET & SHERMAN, APC

/s/ Allen Christiansen
Allen Christiansen, SBN 263651
Attorneys for Defendant City of Ceres, Ceres Police Department, Brent Smith, Darren Venn and Ross Bays