UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, A.D.P., ESTATE OF DIANE L. PIMENTEL, MARIA PILAR RIVERA, SUMMER PIMENTEL, MATTHEW PIMENTEL, TRAVIS PIMENTEL and DEREK PIMENTEL,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH, DARREN VENN, ROSS BAYS, and DOES 1 to 50,<br><br>                    Defendants.<br>_____ | No.   1:18-cv-01203-DAD-EPG<br><br>Hon. Dale A. Drozd<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;**<br><br><br>Date          : September 17, 2019<br>Time         : 9:30 a.m.<br>Courtroom : 4 - 7th Floor |

///

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMLAINT

After consideration of the moving, opposing, and reply papers, any arguments of counsel, and with GOOD CAUSE SHOWING,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion is GRANTED in its entirety;

2. Plaintiff Maria Pilar Rivera's and Derek Pimentel's Fifth cause of action for right of intimate association are dismissed from this litigation with prejudice;

3. Defendant Chief Brent Smith is dismissed from this litigation with prejudice;

IT IS SO ORDERED.

DATED: _____, 2019        _____
                                    Honorable Dale A. Drozd
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMLAINT