UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, A.D.P., ESTATE OF DIANE L. PIMENTEL, MARIA PILAR RIVERA, SUMMER PIMENTEL, MATTHEW PIMENTEL, TRAVIS PIMENTEL and DEREK PIMENTEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, BRENT SMITH, DARREN VENN, ROSS BAYS, and DOES 1 to 50,<br><br>Defendants | NO. 1:18-cv-01203 DAD EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL DATES** |

After consideration of the parties' joint stipulation to continue pretrial dates and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

\\\

\\\

\\\

\\\

1

1. The various pretrial dates are continued as follows:

|  | Current | Continued To |
|---|---|---|
| Nonexpert Discovery Cutoff | November 13, 2019 | February 12, 2020 |
| Expert Disclosure | December 13, 2019 | March 13, 2020 |
| Rebuttal Expert Disclosure | January 17, 2020 | April 17, 2020 |
| Expert Discovery Cutoff | February 18, 2020 | May 19, 2020 |
| Dispositive Motion Filing Deadline | April 3, 2020 | July 6, 2020 |

IT IS SO ORDERED.

Dated: **October 8, 2019**

/s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2