UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES, et al.,<br><br>Defendants. | No. 1:18-cv-01203-KJN<br><br>ORDER GRANTING PLAINTIFF A.D.P.'S UNOPPOSED MOTION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(ECF No. 47) |

Pursuant to E.D. Cal. L.R. 202, the Court GRANTS Plaintiff A.D.P.'s unopposed motion for approval of minor's compromise. (See ECF Nos. 47, 48.) The Court finds that Plaintiff A.D.P.'s settlement of $750,000.00, invested in an annuity with a guaranteed yield of $1,478,000.00, is fair and reasonable. Further, the Court finds that the structure and payment schedule associated with the annuity is fair and reasonable.

IT IS SO ORDERED.

Dated: November 13, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pime.1203

1