A. Peter Rausch, Jr. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California 95242
Telephone:    (209) 952-5000
Facsimile:      (209) 339-8505
E-Mail:          counsel@rausch.com

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com
                     paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF NICHOLAS A. PIMENTEL,
A.D.P., ESTATE OF DIANE L. PIMENTEL,
MARIA PILAR RIVERA, and DEREK PIMENTEL

Bruce D. Praet, SBN 119430
Allen Christiansen, SBN 263651
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants
CITY OF CERES, CERES POLICE
DEPARTMENT, BRENT SMITH,
DARREN VENN, and ROSS BAYS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF NICHOLAS A. PIMENTEL, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01203-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　The parties—Plaintiffs Estate of Nicholas A. Pimentel, A.D.P., Estate of Diane L. Pimentel, Maria Pilar Rivera, and Derek Pimentel (collectively, "Plaintiffs") and Defendants City of Ceres, Ceres Police Department, Brent Smith, Darren Venn, and Ross Bays (collectively, "Defendants")—submit the following stipulation of dismissal with prejudice.

　　　　The parties have successfully reached a settlement of all claims and complied with the terms of the parties' settlement agreement. Accordingly, it is hereby stipulated that this entire matter be dismissed

1

with prejudice by all Plaintiffs as against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: January 6, 2020           Respectfully Submitted,
                                 LAW OFFICE OF MARK E. MERIN

                                 */s/ Mark E. Merin*

                                 By: _____
                                     Mark E. Merin

Dated: January 6, 2020           LAW OFFICES OF A. PETER RAUSCH, JR.

                                 */s/ A. Peter Rausch, Jr.*
                                 (as authorized on January 6, 2020)
                                 By: _____
                                     A. Peter Rausch, Jr.

                                     Attorneys for Plaintiffs
                                     ESTATE OF NICHOLAS A. PIMENTEL,
                                     A.D.P., ESTATE OF DIANE L. PIMENTEL,
                                     MARIA PILAR RIVERA, and DEREK PIMENTEL

Dated: January 6, 2020           Respectfully Submitted,
                                 FERGUSON, PRAET & SHERMAN

                                 */s/ Bruce D. Praet*
                                 (as authorized on January 6, 2020)
                                 By: _____
                                     Bruce D. Praet

                                     Attorney for Defendants
                                     CITY OF CERES, CERES POLICE
                                     DEPARTMENT, BRENT SMITH,
                                     DARREN VENN, and ROSS BAYS

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**
*Estate of Pimentel v. City of Ceres*, United States District Court, Eastern District of California, Case No. 1:18-cv-01203-KJN